UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHANDLER WILLIAMS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SP DATA DIGITAL LLC, a Delaware limited liability company; SP DATA DIGITAL OHIO LLC, a Delaware limited liability company; S&P DATA OHIO, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:26-cv-00553-CDS-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT FOR DAMAGES**<br><br>[FIRST REQUEST] |

Plaintiff CHANDLER WILLIAMS ("Plaintiff") by and through his attorneys of record, Jemma E. Dunn, Esq.; Matthew T. Hale, Esq.; and John M. Orr, Esq., of Greenberg Gross, LLP; and Defendants SP DATA DIGITAL LLC; SP DATA DIGITAL OHIO, LLC, and S&P DATA OHIO, LLC (jointly referred to as "Defendants"), by and through their attorneys of record, Ethan D. Thomas, Esq., and Kelsey E. Stegall, Esq., of Littler Mendelson, P.C., hereby stipulate to extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint up to and including **May 22, 2026.**

This extension is necessary because Defense counsel was just recently retained, and this

additional time would provide adequate time for Defense counsel to become familiar with the allegations in the Complaint and to prepare a responsive pleading.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: May 11, 2026

GREENBERG GROSS, LLP

_/s/ John M. Orr_____
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
John M. Orr, Esq.

Attorneys for Plaintiff
CHANDLER WILLIAMS

Dated:  May 11, 2026

LITTLER MENDELSON, P.C.

_/s/ Kelsey Stegall_
Ethan D. Thomas, Esq.
Kelsey E. Stegall, Esq.

Attorneys for Defendants
SP DATA DIGITAL LLC; SP DATA DIGITAL OHIO, LLC; and S&P DATA OHIO, LLC

**IT IS SO ORDERED.**

Dated: May 12, 2026_____

_____
Nancy J. Koppe
United States Magistrate Judge

2

4912-9468-3300.1 / 133690.1001