# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHANDLER WILLIAMS,

     Plaintiff,

v.

SP DATA DIGITAL LLC, et al.,

     Defendants.

Case No. 2:26-cv-00553-CDS-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by July 14, 2026.

IT IS SO ORDERED.

Dated: July 7, 2026

_____

Nancy J. Koppe
United States Magistrate Judge